**Dawn GORMAN, Respondent**

v.

**Bernard SELIGMAN, Petitioner.**

Supreme Court of Pennsylvania.

April 7, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April, 2014, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the court of common pleas for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa.2013).

Justice STEVENS did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Marvin ATKINS, Petitioner.**

Supreme Court of Pennsylvania.

April 8, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Hanson,* 82 A.3d 1023 (Pa.2013).